AO 470  (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   3:17-cr-00003-LRH-WGC |
| RICKY CARTER, JR. | ) | |
| | ) | |
| _Defendant_ | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place:  United States District Court<br>400 S. Virginia St.<br>Reno, NV 89501 | Courtroom No.:  1 |
| | Date and Time:       1/26/2017  3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:      01/19/2017

_____
_Judge's signature_

Judge Egan Walker, Second Judical District Court
_____
_Printed name and title_

✓ FILED          _____ RECEIVED
_____ ENTERED          _____ SERVED ON
          COUNSEL/PARTIES OF RECORD

JAN 1 9 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY