Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

ORDER GRANTING REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
March 19, 2025

Name of Offender: **Ricky Carter**

Case Number:  **3:17CR00003**

Name of Sentencing Judicial Officer: **Honorable Larry R. Hicks**

Date of Original Sentence: **September 25, 2017**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **120 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **June 7, 2025**

Name of Assigned Judicial Officer: **Honorable Larry R. Hicks**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term up to 60 days. You must follow the rules and regulations of the center.

    Mr. Carter does not have a residence upon release from imprisonment and is need of housing to increase his opportunity to successfully complete supervised release. An additional 120 days of public law placement would allow Mr. Carter time to progressively save his income for stable housing.

RE: Ricky Carter

Prob12B
D/NV Form
Rev. June 2014

---

## CAUSE

On September 25, 2017, Senior United States District Judge Hicks sentenced Mr. Carter Jr. to 120 months imprisonment with 36 months Supervised Release to follow. Mr. Carter Jr. is currently being housed in a Residential Reentry Center (RRC) in Oakland, California, under the Bureau of Prisons (BOP) authority. He is expected to be released on June 7, 2025, but he is currently unable to secure adequate housing.

The undersigned respectfully requests his conditions be modified to include up to 120 days of Public Law placement to allow Mr. Carter Jr. to find appropriate housing upon his release. Mr. Carter Jr. has assured his assigned officer that he will save his income and provide sufficient independent housing, if he is granted this additional time at the Oakland RRC. Mr. Carter Jr. is employed and receiving ongoing training in the construction field to further his opportunities post incarceration. Should Your Honor prefer a different course of action, please indicate below.

Respectfully submitted,

Digitally signed by Matthew McKeon
Date: 2025.04.01 13:06:26 -07'00'

Matthew McKeon
United States Probation Officer

Approved:

Digitally signed by Erik Flocchini
Date: 2025.04.01 12:47:43 -07'00'

Erik Flocchini
Supervisory United States Probation Officer

RE: Ricky Carter

Prob12B
D/NV Form
Rev. June 2014

### THE COURT ORDERS

☐   No Action.

☐   The extension of supervision as noted above.

☒   The modification of conditions as noted above

☐   Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

April 7, 2025
_____
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term up to 120 days. You must follow the rules and regulations of the center.

> Mr. Carter does not have a residence upon release from imprisonment and is need of housing to increase his opportunity to successfully complete supervised release. An additional 120 days of public law placement would allow Mr. Carter time to progressively save his income for stable housing.

Witness _Matthew McKeon_ (Digitally signed by Matthew McKeon Date: 2025.03.31 16:12:35 -07'00')
U.S. Probation Officer

Signed _Nukey Carter_
Probationer or Supervised Releasee

March 31, 2025
Date